UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>     Plaintiff,<br><br>    v.<br><br>KASEY STOFKO, KUTZTOWN MOBILE HOME PARK, LLC, NICHOLAS PRIKIS, *and* SOPHIE PITTAS,<br>     Defendants. | :<br>:<br>:<br>:<br>:  No. 5:21-cv-03904<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 14th day of June, 2022, upon consideration of the Defendants' Motion for Summary Judgment, the Plaintiff's response, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion, ECF No. 23, is **GRANTED** as to the duty to defend;

2. The Motion, ECF No. 23, is **DENIED** as to the duty to indemnify;

3. The Complaint for Declaratory Relief, ECF No. 1, is **dismissed without prejudice**; and

4. This case is **CLOSED**.

                 BY THE COURT:


                 */s/ Joseph F. Leeson, Jr.*
                 JOSEPH F. LEESON, JR.
                 United States District Judge